Christine J. Haw (SBN 289351)
e-mail: chaw@slpattorney.com
Matthew Pardo (SBN 315879)
e-mail: mpardo@slpattorney.com
**STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION**
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-383

Attorneys for Plaintiff,
JOSEPH GAMATY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GAMATY, | Case No.: 2:21-CV-01063 |
| Plaintiff, | Hon. R. Gary Klausner |
| vs. | |
| BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive | **[PROPOSED] ORDER RE: MOTION *IN LIMINE* #5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT COMPONENTS REPAIRED AFTER A SINGLE ATTEMPT ARE NOT COUNTED UNDER THE SONG-BEVERLY ACT** |
| Defendants. | |
| | Action Filed: February 5, 2021 Pretrial Conference: February 21, 2022 Trial:  March 8, 2022 |

1

Plaintiff's Motion *in Limine* No. 4, excluding evidence and argument regarding attorney advertising, came for hearing on February 21, 2022, the Honorable R. Gary Klausner presiding. After hearing all the arguments of counsel and considering the papers submitted in support of and in opposition to each Motion, and GOOD CAUSE appearing, IT IS HEREBY ORDERED AS FOLLOWS:

(*checked lines are indicative of the Court's order*)

_____ Plaintiff's Motion *in Limine* No. 5 is GRANTED.

_____ Plaintiff's Motion *in Limine* No. 5 is DENIED.

Additionally, the Court's further ORDERS are as follows:

_____

_____

**IT IS SO ORDERED.**

_____
Hon. R. Gary Klausner
Judge of the United States District Court

STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1840 CENTURY PARK EAST, SUITE 430, LOS ANGELES, CA 90067

2

2:21-CV-01063

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1888 Century Park East, 19TH Floor, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER RE: MOTION *IN LIMINE* #5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT COMPONENTS REPAIRED AFTER A SINGLE ATTEMPT ARE NOT COUNTED UNDER THE SONG-BEVERLY ACT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on January 21, 2022.

_____
Nicole Basilio

CERTIFICATE OF SERVICE