JS6

Christine J. Haw (SBN 289351)
chaw@slpattorney.com
Matthew Pardo (SBN 315879)
mpardo@slpattorney.com
STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff,
JOSEPH GAMATY

NOTE: CHANGES MADE
BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSEPH GAMATY, | Case No.: 2:21-cv-01063-RGK-AFM ~~2:20-cv-01536 DSF (PJWx)~~ |
| Plaintiff, |  |
| vs. | **PLAINTIFF'S ~~[PROPOSED]~~ JUDGMENT OF JURY VERDICT** |
| BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive, |  |
| Defendants. |  |

This action came on regularly for trial on March 8, 2022, in the United States District Court for the Central District of California, Roybal Federal Building and U.S. Courthouse, the Honorable R. Gary Klausner presiding. Christine Haw and Matthew Pardo from Strategic Legal Practices appearing on behalf of Plaintiff Joseph Gamaty and Daniel R. Villegas and Ashley E. Oaks from Lehrman Law Group appearing on behalf of Defendants BMW Of North America, LLC.

A jury of eight (8) persons was regularly impaneled and sworn and agreed to try the cause. Witnesses were sworn and testified. Exhibits were marked and admitted into evidence. After hearing the evidence and argument of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury on March 10, 2022, with directions to return a verdict. The jury returned the verdict below on March 11, 2022. The verdict was filed with the Court and entered upon the minutes and stated as follows:

///
///
///
///
///
///
///
///
///
///
///
///
///

[continued on next page]

PLAINTIFF'S [PROPOSED] JUDGMENT

FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2022

CENTRAL DISTRICT OF CALIFORNIA
BY:          JRE      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GAMATY, | Case No.: 2:21−cv−01063  RGK−AFM |
| Plaintiff, | **VERDICT** |
| vs. | **REDACTED** |
| BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

We, the jury in the above action, find the following:

1.  **That the Plaintiff has proved by a preponderance of the evidence the cause of action for Failure to Promptly Repurchase or Replace New Motor Vehicle After Reasonable Number of Repair Opportunities:**

    __X__   Yes

    _____   No

2.  **That the Plaintiff has proved by a preponderance of the evidence the cause of action for Breach of Implied Warranty of Merchantability:**

    _____   Yes

    __X__   No

VERDICT

[continued on next page]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    *If you have answered "no" to both of the above two questions, have your presiding*
2    *juror sign and date this form and return it to the Court. If you have answered "yes"*
3    *to any of the above two questions, please answer Question 3.*
4
5    3.    **What are Plaintiff's Damages?**
6              Damages:    $ _37,660.02_
7
8
9    *If you have answered "yes" to Question 1, please answer Question 4. If you have*
10   *answered "no" to Question 1, have your presiding juror sign and date this form*
11   *and return it to the Court.*
12
13   4.    **Has Plaintiff proved by a preponderance of the evidence that**
14         **Defendant's failure to repair or replace the vehicle after a**
15         **reasonable number of attempts was willful?**
16         _____  Yes
17         __X__  No
18
19   *If you have answered "no" to Question 4, have your presiding juror sign and date this form*
20   *and return it to the Court. If you have answered "yes" to Question 4, please answer Question*
21   *5.*
22
23   5.    **What is the civil penalty Plaintiff is entitled to?**
24              Civil Penalty:    $ _0_
25
26   *Please have your Presiding Juror sign and date this form and return it to the*
27   *Court Attendant.*
28   DATED: March _11_, 2022

              _____
              PRESIDING JUROR
                      2
                   VERDICT

[continued on next page]

3

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is

2  granted and shall be entered in favor of Plaintiff Joseph Gamaty against Defendant

3  BMW Of North America, LLC on their Complaint. Plaintiff elects the remedy as

4  provided under Breach of Express Warranty, Cause of Action 1: Violation of Civil

5  Code section 1793.2(d) in the amount of $37,660.02 in actual damages. Attorneys'

6  fees, costs, and expenses shall be determined by filed memorandum of costs and

7  motion for attorneys' fees.

8     JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF AS FOLLOWS:

9     1.  Total payment of $37,660.02;

10    2.  Attorneys' Fees of $_____ as determined by the Court via post-trial motion; (TBD by Noticed Motion); and

11    3.  Costs of $_____ as determined by the Court via post-trial motion. (TBD by Memorandum of Costs);

12    4.  IT IS FURTHER ORDERED _____

13    _____

14    _____

15    _____.

16

17  **IT IS SO ORDERED.**

18  Dated: April 8, 2022

19  Hon. R. Gary Klausner

20  Judge of the United States District Court

21

22

23

24

25

26

27

28