# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GAMATY,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-01063-RGK-AFMx<br><br>*Case Initiated: February 5, 2021*<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**<br><br>Date: June 6, 2022<br>Time: 8:30 a.m. |

**ORDER**

Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses ("Motion") came for hearing, the Honorable R. Gary Klausner presiding. After hearing all the arguments of counsel, and considering the papers submitted in support of and in opposition to the Motion, and good cause appearing, **IT IS ORDERED THAT** Plaintiff's Motion be granted in its entirety.

Fees, costs, and expenses in the total amount of _____ are hereby awarded to Plaintiff's counsel, Strategic Legal Practices, APC.

Dated: _____

_____
Hon. R. Gary Klausner
U.S. District Court Judge

[PROPOSED] ORDER- CASE NO.: CASE NO.: 2:21-CV-01063-RGK-AFMX