## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 21-cv-01063-RGK-AFM | | Date | September 15, 2022 |
|---|---|---|---|---|
| Title | *Joseph Gamaty v. BMW of North America, LLC et al.* | | | |

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio (not present) | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) Corrected Order Re: Plaintiff's Motion for Attorneys' Fees and Costs [DE 129]; Plaintiff's Motion to Re-tax Costs [DE 150]**

On June 29, 2022, the Court entered its Order re: Plaintiff's Motions for Attorneys Fees and Costs (ECF No. 129) and to Re-Tax Costs (ECF No. 150). (*See* ECF No. 160.) On July 6, 2022, Defendant filed objections to the Order, noting that the Court had made certain errors. (ECF No. 161.) Specifically:

1. The Court entered an amount in the "Conclusion" section of the Order that was inconsistent with its analysis in the "Discussion";

2. In addition to denying Plaintiff's request for a lodestar multiplier, the Court deducted $42,177.00 from Plaintiff's requested lodestar fees, including $4,000.00 for work associated with Plaintiff's reply brief in support of the Motion for Attorney's Fees. The Court deducted the $4,000.00 because the reply brief had been stricken for failure to comply with the Central District of California Local Rules. However, the Court's deduction failed to include an additional $1,500.00 that Plaintiff sought in connection with the stricken reply brief (*i.e.*, fees for reviewing Defendant's opposition) and for attending the motion hearing, which was never held because the Court took the matter under submission. (*See* ECF No. 149.) The total deduction should therefore have been $43,677.00, and the total awarded lodestar should have been $141,354.00;

3. The Court, to avoid ambiguity, should note the amount of costs awarded by the Clerk: $7,079.74. (*See* ECF No. 148.)

(Def.'s Objections to Order at 1–2.) Having reviewed Defendant's objections and its previous Order, the Court finds the objections well-founded.

CV-90 (06/04)    **CIVIL MINUTES - GENERAL**    Page 1 of 2

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 21-cv-01063-RGK-AFM | Date | September 15, 2022 |
|---|---|---|---|
| Title | *Joseph Gamaty v. BMW of North America, LLC et al.* | | |

Accordingly, the Court issues the following Corrected Order, which accords with the analysis conducted the original Order and remedies the above-referenced errors:

1. The Court **GRANTS in part** Plaintiff's Motion for Attorneys' Fees at Dkt. No. 129, and **AWARDS** Plaintiff $141,354.00 in attorneys' fees.

2. The Court **DENIES** Plaintiff's Motion to Re-Tax Costs at Dkt. No. 150. The final award of costs shall be in the amount taxed by the Clerk, $7,079.74.

   **IT IS SO ORDERED.**

Initials of Preparer _____ : _____ jre/a